1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                          No.  2:16-CV-00950 KJM CKD

12              Plaintiff,

13        v.                                 ORDER

14   DUNCAN A. SENNOTT, et al.,

15              Defendant.

16

17        Plaintiff commenced this disability access case asserting a claim under the Americans

18   with Disabilities Act ("ADA") and related state law claims.  Defendants Cali Coffee, LLC and

19   Sno-Flake Drive-In, Inc. have answered the complaint.  On June 10, 2016, the case was stayed

20   and the parties were directed to attempt settlement of this action.  On August 9, 2016, the parties

21   informed the court they were not able to reach a full and complete settlement of the case.

22        The parties state a notice of partial settlement, between plaintiff and defendant Duncan

23   Sennott is being prepared and shall be filed with the court "shortly."  These parties shall file their

24   notice of settlement within twenty-one (21) days of this order.

25        The parties further state there has been no progress as to settlement with plaintiff and

26   defendants Cali Coffee, LLC and Sno-Flake Drive-In, Inc.  In the interest of avoiding the

27   accumulation of fees and costs through potentially unnecessary discovery and motion practice,

28   /////

1

1    and to allow the parties additional time to pursue an early informal resolution of this matter, the

2    court refers the action to the court's Voluntary Dispute Resolution Program ("VDRP").

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  Plaintiff and defendant Duncan Sennott shall file a notice of settlement within twenty-

5              one (21) days of this order.

6          2.  This action is REFERRED to the VDRP.

7          3.  Within fourteen (14) days of this order, the parties shall contact the court's VDRP

8              administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start

9              the process of selecting an appropriate neutral.

10         4.  The parties shall carefully review and comply with Local Rule 271, which outlines the

11             specifications and requirements of the VDRP.

12         5.  No later than fourteen (14) days after completion of the VDRP session, the parties

13             shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

14         6.  Any party that objects to this referral to the VDRP shall file its objections within seven

15             (7) days of this order.  Such objections shall clearly outline why that party believes

16             that the action is not appropriate for referral to the VDRP.

17         IT IS SO ORDERED.

18   DATED:  August 16, 2016.

19

20   _____

21                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2